**Leroy WIERZCHOWICZ, Petitioner,**

v.

**DEPARTMENT OF THE NAVY, Respondent.**

No. 04–3150.

United States Court of Appeals, Federal Circuit.

June 1, 2004.

Gerald M. Alexander, Principal Attorney, Jeanne E. Davidson, Patricia M. Mccarthy, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent.

Leroy Wierzchowicz, of Counsel, Panama City Bch, FL, for Petitioner.

### ORDER

Order Vacated, See 2004 WL 1530875.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

---

**Alan MADDOX, Petitioner,**

v.

**DEPARTMENT OF TRANSPORTATION, Respondent.**

No. 04–3198.

United States Court of Appeals, Federal Circuit.

June 1, 2004.

Alan Maddox, of Counsel, Spring Hill, KS, for Petitioner.

Michael N. O'Connell, Principal Attorney, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent.

### ORDER

Order Vacated, See 2004 WL 1530874.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.